No. 3,487.—M. J. HOLDEN ET AL., APPELLANTS, *v.* KALISPELL ATHLETIC ASSOCIATION, RESPONDENT.

*Appeal from District Court, Flathead County; J. E. Erickson, Judge.*

Decided February 8, 1915.

PER CURIAM.—It is hereby ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel.

*Mr. P. H. McDonald* and *Messrs. Noffsinger & Walchi,* for Appellants.

*Messrs. Logan & Child,* for Respondent.

---

No. 3,649.—MONTANA INDEPENDENT TELEPHONE CO., APPELLANT, *v.* CITY OF BUTTE, RESPONDENT.

*Appeal from District Court, Silver Bow County.*

Decided March 25, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled action be, and the same is hereby dismissed in accordance with stipulation of counsel on file herein.

*Mr. John F. Davies* and *Mr. T. J. Davis,* for Appellant.

*Messrs. Alex. Mackel, W. F. Davis* and *N. A. Rotering,* for Respondent.